UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) <br> ) Index No. 07-CIV-6439 (WCC) <br> ) |
| Plaintiffs, | ) REQUEST FOR ENTRY OF <br> ) DEFAULT JUDGMENT |
| -against- | ) |
| DAME CONTRACTING, INC., | ) |
| Defendant. | ) |

---

TO: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Dame Contracting, Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds against the Defendant, Dame Contracting, Inc. in the sum of $6,595.13, which includes principal, attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
September 4, 2007

Dana L. Henke (DLH3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____