## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                                         ss.:
COUNTY OF WESTCHESTER)

I, Dawn Stefanik, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on September 20, 2007, I served a true copy of the Order to Show Cause for Default Judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by Certified Mail Return Receipt Requested under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

DAME CONTRACTING INC.
11170 SOUND AVENUE
MATTITUCK, NY 11952

_____
Dawn Stefanik

Sworn to before me this
20th day of September, 2007

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010