UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, ) Index No. 07-CIV-6439 (WCC)
)
                Plaintiffs, ) STATEMENT OF DAMAGES
)
-against- )
)
DAME CONTRACTING, INC., )
)
                Defendant. )
)

---

Principal amount due.................................................................... $ 4,665.13
for the period July 4, 2006 through January 23, 2007

Attorneys' Fees ............................................................................ $ 1,500.00

Court Costs & Disbursements:

    Filing Fees (Index)........................................................................ $   350.00
    Process Server Fee....................................................................... $    80.00


**GRAND TOTAL:**.................................................................... $ 6,595.13