**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) ) Index No. 07-CIV-6439 (WCC) ) ECF CASE |
| Plaintiffs, | ) DEFAULT JUDGMENT |
| -against- | ) ) |
| DAME CONTRACTING, INC., | ) ) |
| Defendant. | ) ) |

---

This action having been commenced on July 16, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Dame Contracting, Inc. on July 25, 2007 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on August 2, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Six Thousand Five Hundred and Ninety Five Dollars and Thirteen Cents ($6,595.13), which includes the following: the principal amount owed in late charges in the sum of $4,665.13 for the period July 4, 2006 through to and including January 23, 2007, attorneys' fees in the sum of $1,500.00; plus court costs and disbursements of this action in the sum of $430.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs' be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
October 24, 2007

So Ordered:

_____
Honorable William C. Conner, U.S.D.J.